Assaf **MOUHANNA,** Petitioner,

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 09–71937.**

United States Court of Appeals, Ninth Circuit.

Submitted: Feb. 15, 2011.*

Filed: March 9, 2011.

Phillip Frederick Fishman, Fishman, Binsfeld & Bachmeier, P.A., Bloomington, MN, for Petitioner.

OIL, Daniel I. Smulow, Trial, DOJ–U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

MEMORANDUM **

Assaf Mouhanna, a native and citizen of Lebanon, petitions for review of the Board of Immigration Appeals' ("BIA") denial of his motion to reconsider. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reconsider, *Mohammed v. Gonzales,* 400 F.3d 785, 791 (9th Cir.2005). We deny the petition for review.

The BIA acted within its discretion in denying Mouhanna's motion to reconsider because the motion failed to identify any error of fact or law in the BIA's prior order. *See* 8 C.F.R. § 1003.2(b)(1).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument.